UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BROOKS, | Case No.  3:20-cv-00189-JAD-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS ACCOUNTING DEPARTMENT SUPERVISOR, | |
| Defendant. | |

## I.   DISCUSSION

On March 27, 2020, this Court issued an order directing Plaintiff to file a complaint and a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within forty-five (45) days from the date of that order.  (ECF No. 3).

On April 8, 2020, in response to the Court's March 27, 2020 order, Plaintiff filed a complaint.  (ECF No. 4).  Thereafter, on April 27, 2020, Plaintiff filed a Notice of Compliance and attached a completed financial certificate and inmate account statement for the past six months.  (ECF No. 5).  However, Plaintiff's application to proceed *in forma pauperis* is incomplete.  Plaintiff has not filed an application to proceed *in forma pauperis* (pages 1 through 3 of this Court's approved form).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate.  Plaintiff will be granted one final opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full $400 filing fee for this action.  If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must file an application to proceed *in forma pauperis* (pages 1 through 3 of this Court's approved form) no later than **May 28, 2020**.

The Court will retain Plaintiff's civil rights complaint (ECF No. 4) but will not file it

1  until the matter of the payment of the filing fee is resolved.

2  **II.    CONCLUSION**

3         For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND

4  Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well

5  as the document entitled information and instructions for filing an *in forma pauperis*

6  application.

7         IT IS FURTHER ORDERED that no later than **May 28, 2020**, Plaintiff will either:

8  (1) file an application to proceed *in forma pauperis* on this Court's approved form in

9  compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action

10 (which includes the $350 filing fee and the $50 administrative fee).

11        IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

12 dismissal of this action may result.

13        IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

14 (ECF No. 4) but will not file it at this time.

15        DATED:  April 28, 2020

16

17                                    William G. Cobb
                                      UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28